JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KEVIN DROWNS, | CASE NO. 2:22-cv-03624-SB-PVC |
| Plaintiff, | |
| vs. | **ORDER GRANTING VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| STATE FARM GENERAL INSURANCE COMPANY, and DOES 1 to 100, inclusive, | |
| Defendants. | |

## O R D E R

Pursuant to the parties' stipulation voluntarily dismissing this case, Dkt. No. 21, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, and each party is to bear their own fees and costs, including attorneys' fees.  The Clerk is directed to close this case.

DATED:  October 11, 2022

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT COURT